UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | |
|---|---|
| v. | **Deferred Prosecution Agreement** |
| Deziree Diaz, | **20 Mag. 1234** |
| *Defendant.* | |

TO:  Deziree Diaz

On February 3, 2020, a criminal complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of committing an offense against the United States, to wit, bank robbery, in violation of 18 U.S.C. §§ 2213(a) and 2.  However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District.  Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement.  The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local).  You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall not leave the Southern or Eastern Districts of New York without permission of your supervising U.S. Pretrial Services Officer.

(4) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(5) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(6) You shall report to your supervising U.S. Pretrial Services Officer as directed.

(7)  You shall not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

(8) You shall continue treatment with your current mental health providers and shall notify your U.S. Pretrial Services Officer immediately should there be any change in your mental health providers.

(9) You shall seek substance abuse treatment as directed by your U.S. Pretrial Services Officer.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
September 23, 2020

                        AUDREY STRAUSS
                        Acting United States Attorney for the
                        Southern District of New York

By: _____
     Andrew A. Rohrbach
     Assistant United States Attorney
     Tel.: 212-637-2345

07.29.2012

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
      September 29, 2020

_____
Martin Cohen, Esq.
Attorney for Defendant

_____
Deziree Diaz by Martin Cohen
Deziree Diaz
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
      September 30, 2020

_____
United States Magistrate Judge
Robert W. Lehrburger

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
      September 25, 2020

_____
United States Pretrial Services Officer

07.29.2012